No. 72–914. SCHEUER, ADMINISTRATRIX *v.* RHODES, GOVERNOR OF OHIO, ET AL.; and

No. 72–1318. KRAUSE, ADMINISTRATOR, ET AL. *v.* RHODES, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. [Certiorari granted, 413 U. S. 919.] Motion of Mexican American Legal Defense & Educational Fund for leave to file a brief as *amicus curiae* granted.

No. 72–1154. FOLEY ET AL. *v.* BLAIR & Co., INC., ET AL. C. A. 2d Cir. [Certiorari granted, 411 U. S. 930.] Consideration of respondents' suggestion of mootness deferred to hearing of case on the merits.